UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMANDA KAYE PHILLIPS<br>   *Plaintiff* | §<br>§<br>§ | |
| v. | §<br>§ | |
| AUSTIN POLICE DEPARTMENT, CITY OF AUSTIN, DETECTIVE CALVIN PIERCE, TRAVIS COUNTY SHERIFF'S OFFICE, TRAVIS COUNTY DISTRICT ATTORNEY'S OFFICE, TRAVIS COUNTY, GUSTAVO GARCIA, JR., AUSTIN COMMUNITY COLLEGE DISTRICT, TEXAS BOARD OF NURSING, TEXAS STATE BAR, ASCENSION, SETON ASCENSION, CHRISTOPHER BORN, DEB BROWN, BRITTANY GARRETT, UNIVERSITY OF TEXAS at AUSTIN, DELL MEDICAL SCHOOL, SABLATURA & WILLIAMS PLLC, RUSS SABLATURA, JACKSON LEWIS PC, ROBERT FISCHER, JULIE TOWER, CAROLYN CUMMINGS<br>   *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. 1:20-CV-617 |

## **DEFENDANTS' NOTICE OF REMOVAL**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION:

     COME NOW all properly served Defendants and file this Notice of Removal, pursuant to 28 U.S.C. §1441:

     1.     The above-referenced action is removable because it presents claims arising under federal law. The Plaintiff alleges retaliation, sexual discrimination, age discrimination, national origin discrimination, criminal background discrimination, and family status discrimination under the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*; a violation of the Americans with Disabilities Act, 42 U.S.C. § 12111 *et seq.*; and violations of the Racketeer Influenced and Corrupt

Organizations Act, 18 U.S.C. § 1961 *et seq*. This case, therefore, poses federal questions subject to removal under 28 U.S.C. §1331 and §1441(a).

2. Plaintiff's Original Petition was filed on March 24, 2020, in the 200th District Court of Travis County, Texas, entitled *Amanda Phillips v. Austin Police Department, et al.*, D-1-GN-20-001840.

3. Plaintiff is Amanda Kaye Phillips. Defendants are the Austin Police Department, City of Austin, Detective Calvin Pierce, Travis County Sherriff's Office, Travis County District Attorneys' Office, Travis County, Gustavo Garcia Jr., Austin Community College District, Texas Board of Nursing, Texas State Bar, Ascension, Seton Ascension, Christopher Born, Deb Brown, Brittany Garrett, University of Texas at Austin, Dell Medical School, Sablatura & Williams PLLC, Russ Sablatura, Jackson Lewis PC, Robert Fischer, Julie Towers & Carolyn Cummings.

4. As of this date, not all Defendants have been properly served in this case. On May 18, 2020 Defendants began receiving service of this Cause of Action via certified mailing.

5. This notice of removal is filed within thirty (30) days of service by certified mail of Plaintiff's Original Petition, which is the first time federal issues were posed.

6. This action is being removed to the District Court of the United States for the district and division embracing the place where the state court action is pending.

7. All defendants, that have been properly served, have consented to this removal as is memorialized by their agreement below. *See* Attachment 1.

8. A jury demand was made in this lawsuit.

9. Defendants have attached to and filed with this Notice of Removal copies of all process, pleadings, and other documents on file in the records of the state court for this case, along with a copy of the docket sheet. *See* Attachment 2.

10. Simultaneous with the filing of this Notice of Removal, Defendants will file a copy of the notice with the Clerk of the 200th Judicial District Court of Travis County, Texas, under Cause No. D-1-GN-20-001840.

11. As evidenced by the certificate below, Defendants have served all parties with copies of this notice.

12. WHEREFORE PREMISES CONSIDERED, Defendants respectfully request that this case be removed from the 200th Judicial District Court of Travis County, Texas to the United States District Court for the Western District of Texas, Austin Division; and that the United States District Court issue such notices and orders necessary to bring before it all proper parties, and such other orders and notices as may be authorized by law.

RESPECTFULLY SUBMITTED,
ANNE L. MORGAN, CITY ATTORNEY
MEGHAN L. RILEY, CHIEF, LITIGATION

 /s/ Chris Edwards
CHRIS EDWARDS
Assistant City Attorney
State Bar No. 00789276
City of Austin-Law Department
Post Office Box 1546
Austin, Texas 78767-1546
Telephone: (512) 974-2419
Facsimile: (512) 974-1311
Chris.edwards@austintexas.gov
**ATTORNEYS FOR CITY DEFENDANTS**

**Agreed:**
Michael J. DePonte
Russ Sablatura
Anthony J. Nelson
Chelsea L. Fullwood
Shannon M. Ryman

**CERTIFICATE OF SERVICE**

      This is to certify that I served the foregoing on all parties or their attorneys of record, in compliance with the Federal Rules of Civil Procedure, this 11th day of June, 2020.

**Via USPS First-Class & Certified Mail:**
Amanda Kaye Phillips
8403 E. 81st Street, Apt 523
Tulsa, OK 74133
medicalqueen@gmail.com
Telephone:  (405) 850-2161
**PLAINTIFF, PRO SE**

**Via E-mail:**

Michael J. DePonte
SBN 24001392
depontem@jacksonlewis.com
JACKSON LEWIS, P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
Telephone: (214) 520-2400
Facsimile:   (214) 520-2008
**ATTORNEY FOR DEFENDANTS ASCENSION, "SETON ASCENSION", CHRISTOPHER BORN, DEB BROWN, JACKSON LEWIS, PC, ROBERT FISCHER, CAROLYN CUMMINGS and JULIE TOWER**

Chelsea L. Fullwood
Assistant Attorney General
SBN: 24073578
Tort Litigation Division
Chelsea.fullwood@oag.texas.gov
P.O. Box 12348, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-2539
Facsimile:   (512) 370-9747
**ATTORNEY FOR DEFENDANT TEXAS BOARD OF NURSING**

Anthony J. Nelson
Assistant County Attorney
SBN: 14885800
tony.nelson@traviscountytx.gov
Travis County Attorney's Office
314 W. 11th Street, Suite 500
P.O. Box 1748
Austin Texas 78767
Telephone: (512) 854-9513
Facsimile:   (512) 854-4808
**ATTORNEY FOR DEFENDANTS TRAVIS COUNTY SHERIFF'S OFFICE, TRAVIS COUNTY DISTRICT ATTORNEY OFFICE, TRAVIS COUNTY,TEXAS**

Shannon M. Ryman
Assistant Attorney General
SBN: 24089705
Tort Litigation Division
Shannon.ryman@oag.texas.gov
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-1205
Facsimile:   (512) 457-4435
**ATTORNEY FOR DEFENDANT THE UNIVERSITY OF TEXAS AT AUSTIN and DELL MEDICAL SCHOOL**

Russ Sablatura
SBN: 00791587
SABLATURA & WILLIAMS, PLLC
108 E. Bagdad Ave., Suite #200
Round Rock, Texas 78664
Telephone: (512) 258-9111
Facsimile:   (512) 258-5128
**ATTORNEY FOR DEFENDANTS**
**RUSS SABLATURA and**
**SABLATURA & WILLIAMS, PLLC**

                                               **/s/ Chris Edwards**
                                               CHRIS EDWARDS