IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMANDA KAYE PHILLIPS, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:20-CV-617-RP |
| CITY OF AUSTIN, et al., | § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

On July 8, 2020, the Court issued an order dismissing Plaintiff Amanda Kaye Phillips's complaint with prejudice. (Order, Dkt. 23). As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 9, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE